UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN CARR POWERS,

    Plaintiff,

    v.

THE CITY OF SEATTLE, *et al.*,

    Defendants.

Case No. C06-1727RSL

ORDER GRANTING MOTION TO AMEND AND DENYING AS MOOT MOTION FOR MORE A DEFINITE STATEMENT

    This matter comes before the Court on defendants' motion for a more definite statement (Dkt. #7) and on plaintiff's motion to amend his complaint (Dkt. #9). Defendants argue that plaintiff's complaint did not provide sufficient information regarding his defamation claim. After defendants filed their motion, plaintiff filed his motion to amend. Neither party has opposed the other party's motion.

    Defendants' motion has merit, and under other circumstances it would have been granted. However, plaintiff's proposed amended complaint appears to cure the pleading defects in the defamation claim identified by defendants. His proposed amended complaint includes more detail regarding the defamation claim, including identifying the allegedly defamatory statements. After considering the factors of bad faith, undue delay, prejudice to the opposing party, and the futility of the proposed amendment, the Court finds that the amendment is appropriate.

ORDER GRANTING MOTIONS - 1

1  For the foregoing reasons, the Court GRANTS plaintiff's motion to amend his complaint
2 (Dkt. #9) and DENIES AS MOOT defendants' motion for a more definite statement (Dkt. #7).
3 Plaintiff shall file his Amended Complaint in the docket within ten days of the date of this order.

5  DATED this 16th day of January, 2007.

*MMS S Lasnik*
Robert S. Lasnik
United States District Judge

28 ORDER GRANTING MOTIONS - 2