UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN CARR POWERS,

    Plaintiff,

    v.

THE CITY OF SEATTLE, *et al.*,

    Defendants.

Case No. C06-1727RSL

ORDER DENYING MOTION TO STRIKE

    This matter comes before the Court on plaintiff's motion to strike the Certification of Brian C. Kipnis (Dkt. #47) that was filed in support of defendant Jennifer McLean's pending motion to dismiss. Plaintiff improperly filed his request to strike as a separate motion; motions to strike have been abolished in this district. The applicable Local Rule states, "Requests to strike material contained in or attached to submissions of opposing parties shall not be presented in a separate motion to strike, but shall instead be included in the responsive brief, and will be considered with the underlying motion." LR 7(g). Because the motion does not comply with the Local Rules, plaintiff's motion to strike (Dkt. #47) is DENIED.

    Plaintiff has included his arguments regarding the Certification of Brian C. Kipnis in his opposition to defendant's motion to dismiss. The Court will consider the arguments and the request to strike contained in the opposition. Defendant should respond to those arguments in

ORDER DENYING
MOTION TO STRIKE- 1

1 her reply memorandum.

3 DATED this 17th day of April, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

28 ORDER DENYING
MOTION TO STRIKE- 2