UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN CARR POWERS,

    Plaintiff,

    v.

THE CITY OF SEATTLE, *et al.*,

    Defendants.

Case No.  C06-1727RSL

ORDER GRANTING MOTION
FOR AN EXTENSION

    This matter comes before the Court on defendant Jennifer McLean's motion for an extension of time to provide supplemental briefing in this matter (Dkt. #74).  Defendant McLean filed a motion to dismiss, and the Court requested that the parties provide supplemental briefing.

    Plaintiff has not responded to the motion and has represented to McLean's counsel that she does not oppose a one-month extension.  Defendant McLean has shown good cause for the brief extension.  She is currently represented by an Assistant United States Attorney for the Western District of Washington.  That office apparently has a conflict with the representation.[1]  Because of that conflict, the United States Attorney's Office for the Eastern District of

---

[1] Kristin Johnson has not moved to withdraw or filed a notice of withdrawal, so she remains counsel of record.  To correct that situation, she should either file a motion to withdraw or a notice of withdrawal and substitution of counsel.

ORDER GRANTING MOTION
FOR AN EXTENSION - 1

1  Washington has been appointed to represent McLean.  New counsel states that he has not had
2  sufficient time to review the filings in this case and to provide the requested supplemental
3  briefing.
4       Accordingly, McLean's motion for an extension (Dkt. #74) is GRANTED.  McLean's
5  supplemental filings are due by July 13, 2007, and plaintiff's supplemental filings are due by
6  July 27, 2007.  The Clerk of the Court is directed to renote McLean's motion to dismiss (Dkt.
7  #39) for July 27, 2007.

      DATED this 21st day of June, 2007.


                                        /s/ Robert S. Lasnik
                                        Robert S. Lasnik
                                        United States District Judge

ORDER GRANTING MOTION
FOR AN EXTENSION - 2